**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FUZHOU MINHAO FANSHILIU TRADING CO., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", <br><br> Defendants. | No. 26-cv-01495 <br><br> Judge Joan H. Lefkow <br> Magistrate Judge Heather K. McShain |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND**
**DEFAULT JUDGMENT AGAINST REMAINING DEFENDANTS**

Plaintiff Fuzhou Minhao Fanshiliu Trading Co. respectfully moves this Honorable Court

for entry of an order of Default and final Default Judgment against the Defendants identified in

**Schedule A** attached hereto. Plaintiff has concurrently filed a Memorandum of Law in support of

this motion.

Dated: March 22, 2026                     Respectfully submitted,

                                          /s/ Junru Chen
                                          Junru Chen (IL Bar No. 6344136)
                                          Clovian Law, LLC
                                          21 S Evergreen Ave., Ste. 200-129
                                          Arlington Height, IL 60005
                                          (312) 500-2995
                                          junru.chen@clovianlaw.com

1

## SCHEDULE A

| No. | Seller ID | Name / Seller Alias | ASIN |
|---|---|---|---|
| 1 | https://www.amazon.com/sp?ie=UTF8&seller=A2MPOUNJPVM7P0 | 12ShiChen | B0FN81M8P7 |
| 2 | https://www.amazon.com/sp?ie=UTF8&seller=A7GBGHIAPB8AQ | AaaVictoria | B0FPXFXF3Z |
| 3 | https://www.amazon.com/sp?ie=UTF8&seller=A31CMJVC9I1DAS | actual living leaf | B0DZ6S7C4Y |
| 4 | https://www.amazon.com/sp?ie=UTF8&seller=ADK5L9EU1IQ2O | AJW0700 | B0F83L9BVN |
| 5 | https://www.amazon.com/sp?ie=UTF8&seller=A25ST3RIDMGNET | Anmeng Tech | B0FNWSWQ1B |
| 6 | https://www.amazon.com/sp?ie=UTF8&seller=ANHJTHH34IBSI | anshizhijianke | B0F9LBZDY5 |
| 7 | https://www.amazon.com/sp?ie=UTF8&seller=AAFD6KQX9XMI5 | AnZhenXinAnXinZhouJie | B0FSRPHDSW |
| 8 | https://www.amazon.com/sp?ie=UTF8&seller=AX1RK3GLVP7TJ | Aramtop | B0DDCB4143 |
| 9 | https://www.amazon.com/sp?ie=UTF8&seller=AMF1QAD1H7XNI | Atlanta leaf | B0DY5G1HWZ |
| 10 | https://www.amazon.com/sp?ie=UTF8&seller=AW8ZW5YLWJXWJ | AUSPORY | B0DJSVNWVM |
| 11 | https://www.amazon.com/sp?ie=UTF8&seller=AQEW4964ZSL2Z | Auto Parts-Yonli-Shop | B0DNZH2P9W |
| 12 | https://www.amazon.com/sp?ie=UTF8&seller=A1QF45H6IH1Y05 | Beelora Beauty | B0FQ5PZK53 |
| 13 | https://www.amazon.com/sp?ie=UTF8&seller=A10MPJE4M4237A | BeNFitS | B0F2MM7LPZ |
| 14 | https://www.amazon.com/sp?ie=UTF8&seller=AM5J51UI7RDVW | bleem | B0D4RBXZ2H |
| 15 | https://www.amazon.com/sp?ie=UTF8&seller=ATZU3I8HN3XIS | Broken String | B0F1N1RCTZ |
| 16 | https://www.amazon.com/sp?ie=UTF8&seller=A2ZWCSILK7FUX7 | bushuai | B0FXMR3M5L |
| 17 | https://www.amazon.com/sp?ie=UTF8&seller=A2TFIH2AEJ6CAP | Cabbage Diaries | B0F9PXX414 |
| 18 | https://www.amazon.com/sp?ie=UTF8&seller=A14ZTJTRGJB94P | CangGuang | B0FJFGGNJS |
| 19 | https://www.amazon.com/sp?ie=UTF8&seller=A1RW812XVJ84XS | CDBOVID | B0BW86Y2L7 |
| 20 | https://www.amazon.com/sp?ie=UTF8&seller=A2Q8P7P1O4VZRV | chengduyihaikejiyouxiangongsi | B0FRB12569 |
| 21 | https://www.amazon.com/sp?ie=UTF8&seller=A1IQO0MBAXC1JK | chenxiangy071 | B0FMN81Q9S |
| 22 | https://www.amazon.com/sp?ie=UTF8&seller=AO708O25WFKTE | ChiYunYuanYuanLin | B0FXBPQDCS |
| 23 | https://www.amazon.com/sp?ie=UTF8&seller=A3JL9BSR3J1IB9 | ChuangxinYuan | B0F5X8DLL3 |

2

| No. | Seller ID | Name / Seller Alias | ASIN |
|---|---|---|---|
| 24 | https://www.amazon.com/sp?ie=UTF8&seller=A4FFCBQ1B0WVF | ClearUVoice | B0FQCBDCK3 |
| 25 | https://www.amazon.com/sp?ie=UTF8&seller=A779JHBKJ2KE4 | Custom Jersey Store | B0DHXYSLWQ |
| 26 | https://www.amazon.com/sp?ie=UTF8&seller=A13BLPBO40USG5 | cxvccb | B0DC55DKFZ |
| 27 | https://www.amazon.com/sp?ie=UTF8&seller=A23WZFI0NX6NCQ | dengzhoushiliuyeshangmao | B0DKJDCHVN |
| 28 | https://www.amazon.com/sp?ie=UTF8&seller=A2DMTWXIRYOBU1 | DENGZHOUSHIMINGZHENSHANGMAOYOUXIANGONGSI | B09ZBM7HKL |
| 29 | https://www.amazon.com/sp?ie=UTF8&seller=A1LY8ZMXB1OR2I | DONGZHAIYANGZHIJIATIN | B0FJS7PKTM |
| 30 | https://www.amazon.com/sp?ie=UTF8&seller=AGLQ0LWVOJVTY | dsgre23243 | B0D9GRVNH9 |
| 31 | https://www.amazon.com/sp?ie=UTF8&seller=A1DWICITSUTWMK | eatop1 | B0FFYQD31D |
| 32 | https://www.amazon.com/sp?ie=UTF8&seller=A1CA63WXOPKYR7 | EYOAMO | B0G4MHDPJV |
| 33 | https://www.amazon.com/sp?ie=UTF8&seller=A3DDCBL3PFCBNC | fangyili | B0FLPZZQXX |
| 34 | https://www.amazon.com/sp?ie=UTF8&seller=A33ICE90VZI2X8 | fanlitangshangmao | B0FL757YCN |
| 35 | https://www.amazon.com/sp?ie=UTF8&seller=A1J7GO20GE51AY | Fen-USA | B0DKJQMH1N |
| 36 | https://www.amazon.com/sp?ie=UTF8&seller=A1YOP8YYHIFJ3C | foshanshijingxiyizhanmaoyiyouxiangongsi | B0FLXJPXLL |
| 37 | https://www.amazon.com/sp?ie=UTF8&seller=A2KD0IYIL2FBEC | FSDFWEW | B0DGD3VWZK |
| 38 | https://www.amazon.com/sp?ie=UTF8&seller=A2QGAVD3GKCN7 | FWFJintor | B0FS15DB3D |
| 39 | https://www.amazon.com/sp?ie=UTF8&seller=A3OX1B2OC5ULVI | ganzhouchengbujiancaiyouxiangongsi | B0FNVY58YD |
| 40 | https://www.amazon.com/sp?ie=UTF8&seller=A3OMGIPQSNOO3F | GFNDJFDFFF | B0D8WG4KC2 |
| 41 | https://www.amazon.com/sp?ie=UTF8&seller=A2PPC3MOCZ311E | Green Oxygen Space | B0F3GWHXWR |
| 42 | https://www.amazon.com/sp?ie=UTF8&seller=A4ZTEJ5CRHNV9 | GuardianLink | B0FX55VBG6 |
| 43 | https://www.amazon.com/sp?ie=UTF8&seller=A1063Q7MNMWLXK | guoyong456 | B0DNJBJXP6 |
| 44 | https://www.amazon.com/sp?ie=UTF8&seller=A1V70MA51C1LH6 | haiguaikanshangmao | B0F3853Q5R |
| 45 | https://www.amazon.com/sp?ie=UTF8&seller=A1IJSTWYAR5AX3 | haikuotiank | B0DT1DW77G |
| 46 | https://www.amazon.com/sp?ie=UTF8&seller=A3KJO5TV2WQJ6N | HanDanShiShuaiWeiFuZhuangYouXianGongSi | B0F4KJDLT8 |
| 47 | https://www.amazon.com/sp?ie=UTF8&seller=A37PH2WK70L3L | HD Canvas Wall Art | B0FHKXDRX7 |

| No. | Seller ID | Name / Seller Alias | ASIN |
|---|---|---|---|
| 48 | https://www.amazon.com/sp?ie=UTF8&seller=A92K7JAZ8Q23G | HD Wall Art Canvas Store | B0FJSKP6ZB |
| 49 | https://www.amazon.com/sp?ie=UTF8&seller=A2D13311ANWF2D | hearheartbeat | B0FK2FNFHV |
| 50 | https://www.amazon.com/sp?ie=UTF8&seller=AHFRSIHW5KNYG | henanmuwenshilichuangyisheji | B0FWY5PY54 |
| 51 | https://www.amazon.com/sp?ie=UTF8&seller=A1WBC6CRDBRP0V | HengYiYiJiuJianKangZi | B0FHDFN2J1 |
| 52 | https://www.amazon.com/sp?ie=UTF8&seller=A3BHRU7MXKCJRA | hfyeqax | B0FR5152YV |
| 53 | https://www.amazon.com/sp?ie=UTF8&seller=AEXYXF38S1B7W | HONG LI CAI LIAO | B0DJKNGHD3 |
| 54 | https://www.amazon.com/sp?ie=UTF8&seller=A3JXI4SUJMYPQB | honglingyujianz | B0G1LXYF4Z |
| 55 | https://www.amazon.com/sp?ie=UTF8&seller=A3P3SV5PCH9AVG | Hoofae | B0F1TTQZNQ |
| 56 | https://www.amazon.com/sp?ie=UTF8&seller=A3DHUX3RJDAV2W | houjiayu | B0D14NH23J |
| 57 | https://www.amazon.com/sp?ie=UTF8&seller=A2QHYKA4NKZEPL | HUAKANG2025 | B0FV2V2TB3 |
| 58 | https://www.amazon.com/sp?ie=UTF8&seller=A3BHMO24KUG2LO | hubeiqionglaidianzishangwuyouxiangongsi | B0F63BVTSH |
| 59 | https://www.amazon.com/sp?ie=UTF8&seller=A10QN1Y2ZUJVZJ | HuXinYa2023 | B0DWWYJ2B3 |
| 60 | https://www.amazon.com/sp?ie=UTF8&seller=A1IYXKZ750EMNB | ilritylk-US | B0G1GZ5SG9 |
| 61 | https://www.amazon.com/sp?ie=UTF8&seller=A2XI2QXFH0FF0S | iLuJi1881 | B0F8BKHTJ2 |
| 62 | https://www.amazon.com/sp?ie=UTF8&seller=A6RK4VLFBF9JN | INAGWE US | B0DJSPMJKY |
| 63 | https://www.amazon.com/sp?ie=UTF8&seller=ASU9KCXYSW96Z | iNFISAN-OFFICAL | B0BNY84B2Q |
| 64 | https://www.amazon.com/sp?ie=UTF8&seller=A1AHJE3JYLDLGH | JCTec | B0FBWHXFCS |
| 65 | https://www.amazon.com/sp?ie=UTF8&seller=A17N34IWTNH1DE | JHUON | B0DTKC5BHM |
| 66 | https://www.amazon.com/sp?ie=UTF8&seller=A19YI6MONARBQH | jiaqingdong | B0G53G5W4J |
| 67 | https://www.amazon.com/sp?ie=UTF8&seller=A1GJMS1NOH0GQ0 | JIHEGAOKAISHANGMAOHANG | B0FJRQLJTM |
| 68 | https://www.amazon.com/sp?ie=UTF8&seller=A31TO9U3D2VZW2 | jinfengzhoushe | B0FVFTTNMS |
| 69 | https://www.amazon.com/sp?ie=UTF8&seller=AAMOAFM5FB86G | jingjinjin | B0DW96WD8S |
| 70 | https://www.amazon.com/sp?ie=UTF8&seller=A9G5JVHA8U7ZI | jinjianjjl | B0F12FZS56 |
| 71 | https://www.amazon.com/sp?ie=UTF8&seller=A3CUM9L6MJ9IVW | jinshatanzhendisanzuocun | B0FQ2VBVNS |

4

| No. | Seller ID | Name / Seller Alias | ASIN |
|---|---|---|---|
| 72 | https://www.amazon.com/sp?ie=UTF8&seller=AXRM6QSB6NW43 | JISHANXIANJUYUANXINXI | B0D66ZX4PW |
| 73 | https://www.amazon.com/sp?ie=UTF8&seller=A11OHLQDNTWFPX | Jqntqb-Custom Shop | B0DRNFXX5D |
| 74 | https://www.amazon.com/sp?ie=UTF8&seller=A3HETHQYYWESXV | JUjia Shop | B0DKJ3K6YJ |
| 75 | https://www.amazon.com/sp?ie=UTF8&seller=A1PTEFBO9G33YQ | JuMeiRuiGuoJiWuJinJiDian | B0FHJMQZSW |
| 76 | https://www.amazon.com/sp?ie=UTF8&seller=A3D37LHJD2C454 | JunDongZhongZhi | B0G4WD7SWQ |
| 77 | https://www.amazon.com/sp?ie=UTF8&seller=A1J54TPD9URSEN | JUNRUIKY | B0CY658PN3 |
| 78 | https://www.amazon.com/sp?ie=UTF8&seller=A2JBLKRTC6GO8T | jvcaiku | B0F5WTYGMS |
| 79 | https://www.amazon.com/sp?ie=UTF8&seller=A3458UH1FQ7P6B | KeMuLangHuLuLing | B0FLDYV24R |
| 80 | https://www.amazon.com/sp?ie=UTF8&seller=A2DBIBW3K5QDKH | kindness more | B0FN41HHD6 |
| 81 | https://www.amazon.com/sp?ie=UTF8&seller=AW8SWN6F1JO4P | kreas01 | B0FRRTGVBQ |
| 82 | https://www.amazon.com/sp?ie=UTF8&seller=ARZAC8U603WHF | LAB CARE | B0FD9SFWNY |
| 83 | https://www.amazon.com/sp?ie=UTF8&seller=A1GZ4KV3W671P8 | LbrnkDresses | B0DZC5P3TM |
| 84 | https://www.amazon.com/sp?ie=UTF8&seller=A1AWLF99SF0YWP | LeLeBlüm | B0DT9QLZP8 |
| 85 | https://www.amazon.com/sp?ie=UTF8&seller=A17V3PYRFNFTF1 | LIANGKAI | B0FY72X516 |
| 86 | https://www.amazon.com/sp?ie=UTF8&seller=A3VWXUQLPLUYHT | LightGut Solutions | B0G13SM4QL |
| 87 | https://www.amazon.com/sp?ie=UTF8&seller=A2KV2TRSO9MWSH | lilililiaiaiaiai | B0FW4XST3P |
| 88 | https://www.amazon.com/sp?ie=UTF8&seller=A2F7TGRE7VIP8S | LILIPINGUS | B0F1VV8CZK |
| 89 | https://www.amazon.com/sp?ie=UTF8&seller=A3ORK95KW6C4BT | Lin Qinxu | B0FH4ZGVJ8 |
| 90 | https://www.amazon.com/sp?ie=UTF8&seller=ANQZS4PZ87J50 | liqikeji2 | B0FX4F3RDC |
| 91 | https://www.amazon.com/sp?ie=UTF8&seller=A3H3919RGTUP7B | liubinhg | B0FW3Q897B |
| 92 | https://www.amazon.com/sp?ie=UTF8&seller=A26XZ3WJBO6YQD | liuguanghuii | B0DGH4FYJX |
| 93 | https://www.amazon.com/sp?ie=UTF8&seller=A2BCSD8M4Y9CCI | LIUJIAJIAZHAOTENG909 | B0DVYWM5S5 |
| 94 | https://www.amazon.com/sp?ie=UTF8&seller=A3QOZ3FIX68D65 | LIWENBOSET | B0FMPFN5GD |
| 95 | https://www.amazon.com/sp?ie=UTF8&seller=A26UOEE7BTX775 | LIXIUJU66 | B0DPWY2LN7 |

| No. | Seller ID | Name / Seller Alias | ASIN |
|---|---|---|---|
| 96 | https://www.amazon.com/sp?ie=UTF8&seller=A1IVE9AMIQ8FL8 | LovelyBera | B0FKTDX8XW |
| 97 | https://www.amazon.com/sp?ie=UTF8&seller=A3O4C5FFR0AHFT | lowest price-US | B0CQQ1PXK9 |
| 98 | https://www.amazon.com/sp?ie=UTF8&seller=A26CQ9S03OQBS1 | lutiantian | B0FN7CHVX2 |
| 99 | https://www.amazon.com/sp?ie=UTF8&seller=AT6PGG2NL9N7R | luyou*19 | B0FQ4Q6P97 |
| 100 | https://www.amazon.com/sp?ie=UTF8&seller=AUPAZ2R9JHS0N | lvaimall | B0FSZBY29K |
| 101 | https://www.amazon.com/sp?ie=UTF8&seller=A7C0QFEIMEN9Z | lvzhaodianshe | B0FXK4NTTZ |
| 102 | https://www.amazon.com/sp?ie=UTF8&seller=A3G85NBLTODDRN | MIANSHANZHENRENMIN | B0FS7JJ6P3 |
| 103 | https://www.amazon.com/sp?ie=UTF8&seller=A32XBAEXGG7Z3O | MIAOQIYOU | B0G1M3S4HJ |
| 104 | https://www.amazon.com/sp?ie=UTF8&seller=A3L6X3L6Y187YF | morluifeiv | B0FPFPYNL1 |
| 105 | https://www.amazon.com/sp?ie=UTF8&seller=A13U2611B6B42N | MYTONER SHOP | B0D93LH5KM |
| 106 | https://www.amazon.com/sp?ie=UTF8&seller=A1J5R3N40SIBRN | Nanyang Zhengying Trading Co., Ltd. | B0FK2L5PSL |
| 107 | https://www.amazon.com/sp?ie=UTF8&seller=ABOF1W4GGZQ96 | Nanyangyingyimaoyiyouxiangongsi | B0FQHSWX5S |
| 108 | https://www.amazon.com/sp?ie=UTF8&seller=A1J0681SFKPV5R | ngjianghanjunshangmaoyouxiangongsi | B0DFDHV325 |
| 109 | https://www.amazon.com/sp?ie=UTF8&seller=AUMN470KU790T | ningbochengshezhinengkeji | B0G2LVRGGD |
| 110 | https://www.amazon.com/sp?ie=UTF8&seller=A3046OZGJMS7X6 | Njviuhe US | B0DKP9SZD6 |
| 111 | https://www.amazon.com/sp?ie=UTF8&seller=A25WY72LR0PC2N | nlaas | B0F5B35VVG |
| 112 | https://www.amazon.com/sp?ie=UTF8&seller=A2X4MIL3O3YSVM | Nora Mond | B0FPX255C7 |
| 113 | https://www.amazon.com/sp?ie=UTF8&seller=A5MKV80NVVQAP | Nouyet | B0C339MRH8 |
| 114 | https://www.amazon.com/sp?ie=UTF8&seller=A7W14ES23SH0O | ORTSMA-OFFICIAL | B0FGPTD69V |
| 115 | https://www.amazon.com/sp?ie=UTF8&seller=A3U8SOYGKO4520 | Ouliwalin | B0FVFPTDJV |
| 116 | https://www.amazon.com/sp?ie=UTF8&seller=A10TFPN1CTH77F | Pafemeti-US | B0FMJ942X4 |
| 117 | https://www.amazon.com/sp?ie=UTF8&seller=A25T3IAIEV7BW1 | Petrichor MeMe | B0G134LMVM |
| 118 | https://www.amazon.com/sp?ie=UTF8&seller=A2USRFRQR881RS | Piglet who loves bathing | B0FPM9X7V4 |
| 119 | https://www.amazon.com/sp?ie=UTF8&seller=A1F82NV4YZCKTE | PongPingPeng | B0DST31H62 |

| No. | Seller ID | Name / Seller Alias | ASIN |
|---|---|---|---|
| 120 | https://www.amazon.com/sp?ie=UTF8&seller=ANGQ5WOU75PP4 | PUBEIR-US | B0FCG29HQB |
| 121 | https://www.amazon.com/sp?ie=UTF8&seller=A2IE0XJQ7MBVAU | rensixin | B0DXKXH218 |
| 122 | https://www.amazon.com/sp?ie=UTF8&seller=A3GONLASCVE163 | Royal wisdom | B0FPL75WY7 |
| 123 | https://www.amazon.com/sp?ie=UTF8&seller=A18WA15CI89HBI | RubendiaSexdoll | B0G47TF9X8 |
| 124 | https://www.amazon.com/sp?ie=UTF8&seller=A20WEPE2HT9PPG | ruihui. | B0FXLGSFP6 |
| 125 | https://www.amazon.com/sp?ie=UTF8&seller=A2AZXZGZAH0XHK | ruijinhanyunjieshangmaoyouxiangongsi | B0FW4HR7JZ |
| 126 | https://www.amazon.com/sp?ie=UTF8&seller=AJIRRQZ0P68F6 | SanLuYuXiaZhengLuKou | B0FDL2C2V9 |
| 127 | https://www.amazon.com/sp?ie=UTF8&seller=A7MCIVWBTIZO5 | SEAGGS Casual US | B0D6GGMH9H |
| 128 | https://www.amazon.com/sp?ie=UTF8&seller=A1E30ZWI55N5NJ | Seese Blower Official Store - US | B0DZ2J287T |
| 129 | https://www.amazon.com/sp?ie=UTF8&seller=A3VF67YWYV8RQ7 | Sentimented | B0FN42VJ8D |
| 130 | https://www.amazon.com/sp?ie=UTF8&seller=A1MHZRRKEU5HRD | ShangShuiXianJinTaoZaiShengZiYuanYouXianGongSi | B0F3W7HRZ4 |
| 131 | https://www.amazon.com/sp?ie=UTF8&seller=A3UPAJ8T0QGPFJ | ShengBangZhiShiChanQuan | B0DXKVSQ6V |
| 132 | https://www.amazon.com/sp?ie=UTF8&seller=AW9P6B9MSKZY5 | shengjiajunkeji | B0FWWV1LZJ |
| 133 | https://www.amazon.com/sp?ie=UTF8&seller=AK9KVR0Z6DBVD | SHENSUY | B0FPQPMHL7 |
| 134 | https://www.amazon.com/sp?ie=UTF8&seller=A2S1GD2A1OOMRR | shilixikejidian | B0F21JP5K9 |
| 135 | https://www.amazon.com/sp?ie=UTF8&seller=ATTGPNAOPLRZQ | shimeixiaodian | BOFHG4PNYQ |
| 136 | https://www.amazon.com/sp?ie=UTF8&seller=A1IJDXNOR770VO | SmartHouse Tv Box LLC | B0FNL41DCB |
| 137 | https://www.amazon.com/sp?ie=UTF8&seller=A2N6VHMIA9CHIK | Sports Personalized SHOP | B0C8HZWB71 |
| 138 | https://www.amazon.com/sp?ie=UTF8&seller=A3VVC86P1ETUDK | Steamcleaner-Waitbird | B0C4GXRW79 |
| 139 | https://www.amazon.com/sp?ie=UTF8&seller=AE9149RDOL3F9 | TaiJianMaoYiYo | B0F9YJTXTG |
| 140 | https://www.amazon.com/sp?ie=UTF8&seller=A1GEXL4J9UA7XO | Ternlm | B0C2Z73KNT |
| 141 | https://www.amazon.com/sp?ie=UTF8&seller=A2LQIDTT8L20B8 | tianxitu | B0F3VPKC5K |
| 142 | https://www.amazon.com/sp?ie=UTF8&seller=A3LSMKB7CAU4LP | TINFF | B0F4QHLMC3 |
| 143 | https://www.amazon.com/sp?ie=UTF8&seller=A24A1F5D7ZL6F7 | US-Xeeyoo | B0FF4ZQWMF |

| No. | Seller ID | Name / Seller Alias | ASIN |
|---|---|---|---|
| 144 | https://www.amazon.com/sp?ie=UTF8&seller=A2J6E38ZUZICDY | vbfhvook | B0FQCHVM9D |
| 145 | https://www.amazon.com/sp?ie=UTF8&seller=A2QOWZL8FRELF | VelvetHour | B0FMF2VGW3 |
| 146 | https://www.amazon.com/sp?ie=UTF8&seller=A10BMGZY0OWHKD | Vikajax Custom Football Shop | B0DGQP6FYH |
| 147 | https://www.amazon.com/sp?ie=UTF8&seller=A3A1TMBH3F8CO4 | Vomurren | B0F9VY6VTX |
| 148 | https://www.amazon.com/sp?ie=UTF8&seller=ATCBO2ULDJFFV | WangGuoCunCunDongJin | B0FDQGLPWQ |
| 149 | https://www.amazon.com/sp?ie=UTF8&seller=A3Q672KO3H7NL4 | WankangUS | B09N3GJFT8 |
| 150 | https://www.amazon.com/sp?ie=UTF8&seller=A3FCT605T5E4SN | wenxixianyiyuangangjiegouyouxiangongsi | B0F4X4B6BR |
| 151 | https://www.amazon.com/sp?ie=UTF8&seller=A1PE6ZSBB6KNQ0 | WenYING | B0G59ZG2KJ |
| 152 | https://www.amazon.com/sp?ie=UTF8&seller=AXZ8SVCRSGR6O | WHLSY | B0FY6QV76N |
| 153 | https://www.amazon.com/sp?ie=UTF8&seller=A3AICIGZPRG3TE | wudfdfgf | B0FMXWZB4F |
| 154 | https://www.amazon.com/sp?ie=UTF8&seller=AFZXPSHFNN1Z3 | wuhajiUS | B09X9HL4Z6 |
| 155 | https://www.amazon.com/sp?ie=UTF8&seller=A30VRT1IZVO0Q6 | xaa Calcitrin Gold | B0FDLF8Q9L |
| 156 | https://www.amazon.com/sp?ie=UTF8&seller=A23NITMUFZSWFN | xiandongguaixingshangmaobugerenduziqiye | B0FQ5RRJS3 |
| 157 | https://www.amazon.com/sp?ie=UTF8&seller=A1WZMP7GDF6IZD | Xiangyangshifeiyanshangmaoyouxiangongsi | B0DHGN8F1N |
| 158 | https://www.amazon.com/sp?ie=UTF8&seller=AS60C3KS9R7MG | XIAYANGA | B0FRN9RP72 |
| 159 | https://www.amazon.com/sp?ie=UTF8&seller=AC3FWZBQNE0J2 | XingHaiNongYeKeJi | B0FBGVBP32 |
| 160 | https://www.amazon.com/sp?ie=UTF8&seller=A2QQEWRQ2XII4M | xinglaijiadian | B0DYJJLX58 |
| 161 | https://www.amazon.com/sp?ie=UTF8&seller=A3MB78RVMGAZ10 | xinglindayaofang | B0FH21JRBR |
| 162 | https://www.amazon.com/sp?ie=UTF8&seller=A1UKNKU4PMQTA3 | xiongchaofu-us | B0F6BZMFK6 |
| 163 | https://www.amazon.com/sp?ie=UTF8&seller=A21287FYVJ7FPP | XIQIZIA | B0FP5HYCHT |
| 164 | https://www.amazon.com/sp?ie=UTF8&seller=A56JMVO9L2T0Q | yanannanmaoyi | B0DYV4XZ4L |
| 165 | https://www.amazon.com/sp?ie=UTF8&seller=AMTQMJFLP020H | yangliming*13 | B0FV33JGP5 |
| 166 | https://www.amazon.com/sp?ie=UTF8&seller=A1LZD8KO1J9MVP | YanMaoZhu | B0G346CJTR |
| 167 | https://www.amazon.com/sp?ie=UTF8&seller=A2FS5GXRX6NILR | YanPuTrading | B0FRY5Z1WF |

8

| No. | Seller ID | Name / Seller Alias | ASIN |
|-----|-----------|---------------------|------|
| 168 | https://www.amazon.com/sp?ie=UTF8&seller=A1SQ04ON03Q3XQ | YanShuan | B0FRSYM1W5 |
| 169 | https://www.amazon.com/sp?ie=UTF8&seller=A2XLQQJZJPSK7Y | yaoyifushi | B0C5HHWNYZ |
| 170 | https://www.amazon.com/sp?ie=UTF8&seller=A2SPYQA4BM3IVX | yeli(dongguanshi)kejiyouxiangongsi | B0FB9LY5JQ |
| 171 | https://www.amazon.com/sp?ie=UTF8&seller=A1XHRGMXXP09LO | Yingzhou Crafts Co., Ltd | B0FMNVR8VV |
| 172 | https://www.amazon.com/sp?ie=UTF8&seller=AAGTQ4HFLDQV7 | yishuangdianzishangwu | B0G2LVVJ5N |
| 173 | https://www.amazon.com/sp?ie=UTF8&seller=A1H8YP45EZYJAT | YiYangMuZhi | B0FNW5RCZR |
| 174 | https://www.amazon.com/sp?ie=UTF8&seller=A2AI75IFCO2APE | YongJiShiMengXiangJiaZhuangShiYouXianGongSi | B0F3TFY67J |
| 175 | https://www.amazon.com/sp?ie=UTF8&seller=A1R99367VB7W8S | YULONG SINO | B0DHS4MBXB |
| 176 | https://www.amazon.com/sp?ie=UTF8&seller=A3P66FPU8UY92T | YULONGZHIJINCHANG | B0FMRW85F9 |
| 177 | https://www.amazon.com/sp?ie=UTF8&seller=AU0API3UQH345 | YunGangQuJu | B0FGTJNWHP |
| 178 | https://www.amazon.com/sp?ie=UTF8&seller=A24AEWRBKJJDVX | yungoule-us | B0F65J1K49 |
| 179 | https://www.amazon.com/sp?ie=UTF8&seller=A1EH2W5IX7AN3Z | YYHBV | B0FC23CQ1R |
| 180 | https://www.amazon.com/sp?ie=UTF8&seller=A3P46JAHIM567L | Zhang Chiapp | B0FG39GNHH |
| 181 | https://www.amazon.com/sp?ie=UTF8&seller=A1QHNRPMSC76SK | ZHANGXINGBIAO-USJ | B0DPZ3K3CK |
| 182 | https://www.amazon.com/sp?ie=UTF8&seller=A3APBBH8BXRTFS | zhangyanlingdianpu123 | B0CXM8QHP1 |
| 183 | https://www.amazon.com/sp?ie=UTF8&seller=AJOQ865S8R9ZW | zhengzhoushizhengdongxinquxingyubaihuoshanghanggerenduzi | B0FYXVGCY1 |
| 184 | https://www.amazon.com/sp?ie=UTF8&seller=A28XZKV0CRS756 | ZhenNiZiCunDongRong | B0FC6X2VKZ |
| 185 | https://www.amazon.com/sp?ie=UTF8&seller=A2CY39TFW4XHC7 | ZhenXiangJiangGuang | B0FPQLP9Z1 |
| 186 | https://www.amazon.com/sp?ie=UTF8&seller=AG3ALYZA9QMWO | zhukssla US Shop | B0DJ5F8CHG |
| 187 | https://www.amazon.com/sp?ie=UTF8&seller=A2MW2DMYUP12IE | ZhuZhouGanYaHuiShangMaoYouXianGongSi | B0FBWVX2M4 |
| 188 | https://www.amazon.com/sp?ie=UTF8&seller=AMY8O1WSD2OM2 | Zilloden® | B08PY51HVJ |
| 189 | https://www.amazon.com/sp?ie=UTF8&seller=A356A5BZEIW9RR | Zuouinkr | B0F1MXL5LL |
| 190 | https://www.amazon.com/sp?ie=UTF8&seller=A5M6N7BLXPA7F | 枝江市赴挂腕百货商行(个人独资) | B0D78FD9HH |